IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
16 SEP 20 AM 11: 40
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:16MJ265 |
| v. | : | HON. SHARON L. OVINGTON |
| CORY P. POPE, JR. | : | |

### ORDER AUTHORIZING THE UNITED STATES TO PROVIDE DEFENSE COUNSEL A COPY OF THE SEALED SUPPORTING AFFIDAVIT WITH LIMITED DISSEMINATION

Upon Motion of the United States and for good cause shown, the United States is hereby authorized to provide Cheryll Bennett, Esq., Counsel for Cory P. Pope, Jr., a copy of the sealed Supporting Affidavit without further dissemination of the contents or hard copy of the document other than orally to her respective client. Further, the Supporting Affidavit shall remain under seal in its entirety until such time as ordered by the Court.

9-20-16
DATE

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE